IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIGUEL GONZALEZ-COLON, | ) |
| | ) |
| Plaintiff. | ) |
| | ) |
| Vs. | ) |
| | ) No. |
| GUCCI AMERICA, INC. | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S COMPLAINT AT LAW**

**VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT**

**NOW COMES** the Plaintiff. MIGUEL GONZALEZ-COLON, by his attorneys, BENJAMIN AND SHAPIRO, LTD. and for Count I of his Complaint at Law against the Defendant, GUCCI AMERICA, INC., he states as follows:

**INTRODUCTION**

1. Plaintiff brings this action based on Title VII of the Civil Rights Act, 42 USC § 2000e-2 that states, in pertinent part, as follows:

   **(a)** EMPLOYER PRACTICES: It shall be an unlawful employment practice for an employer—

   > **(1)** to fail or refuse to hire or to discharge any individual, or otherwise to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's race, color, religion, sex, or national origin; or

   > **(2)** to limit, segregate, or classify his employees or applicants for employment in any way which would deprive or tend to deprive any individual of employment opportunities or otherwise adversely affect his status as an employee, because of such individual's race, color, religion, sex, or national origin.

**JURISDICTION**

2. This Court has jurisdiction over the subject matter of this civil action pursuant to 42 USC §2000e-5(f)(3),

## VENUE

3. Venue is proper in this judicial district under 42 USC §2000e-2 as the Plaintiff was employed by the Defendant at the time of the occurrences that he alleges in this Complaint and plaintiff's employment records are maintained by the Defendant in this judicial district, and decisions adverse to Plaintiff's employment that are the subject of this civil action were made in this judicial district.

## PARTIES

4. The Plaintiff, MIGUEL GONZALEZ-COLON is a citizen of the United States and a resident of the City of Chicago, Illinois. At all times relevant to the suit he was employed by the Defendant in Rosemont Illinois.

5. Defendant GUCCI AMERICA, INC. is a corporation that is located in New York City, New York with offices in the City of Chicago and Rosemont, Illinois.

## STATEMENT OF FACTS

6. The Plaintiff has been employed by the Defendant since October 2018.

7. Beginning on or about April 18, 2020, the Defendant allowed its employees to harass the Plaintiff in the following ways:

    a. called the Plaintiff harassing names, such as "gay boy" or "fag boy;"
    b. sexually harassing the Plaintiff on multiple occasions

8. As a direct result of one or more of the foregoing acts or omissions, the Defendant violated its duties under the Civil Rights Act of 1964 by allowing the discriminatory actions of its employees to verbally.harass the Plaintiff.

9. Due to the Defendant's harassing and discriminatory conduct toward the plaintiff, the plaintiff suffered emotional injuries and is currently in treatment for said injuries.

## IDHR CHARGE OF DISCRIMINATION

9. On February 16, 2021, the Plaintiff filed his Charge of Discrimination with the Illinois Department of Human Rights; the Charge indicates, however, that it was presented to the Equal Employment Opportunity Commission (EEOC). A copy of the Charge of Discrimination is attached hereto as **Exhibit A.**

10. On May 13, 2021 the EEOC mailed to the Plaintiff its "Notice of Right to Sue" letter stating that if the Plaintiff wished to proceed with this matter, he must file a lawsuit within 90 days of the receipt of this letter. A copy of said "Notice of Right to Sue" letter is attached hereto as **Exhibit B.**

## **PRAYER FOR RELIEF**

Accordingly, the Plaintiff prays that the Defendant be cited to appear and to answer in this action, and that upon the evidence, the finding of the jury and applicable law, the court is requested to enter judgment as follows:

19. A verdict in the Plaintiff's favor and against the Defendant in an amount in excess of $75,000.00 to compensate the Plaintiff for physical and emotional damages;

20. The plaintiff's attorney's fees and costs.

**MIGUEL GONZALEZ-COLON**

By: **/s/ Scott Skaletsky**
**Scott Skaletsky**

**Scott Skaletsky**
**Benjamin and Shapiro, Ltd.**
**180 N. LaSalle Street, Suite 2600**
**Chicago, IL 60601**
**(312) 641-5944**
**ARDC #6181405**
**pleadings@benshaplaw.com**