**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division**

Miguel Gonzalez−Colon
                    Plaintiff,

v.                                          Case No.: 1:21−cv−03783
                                            Honorable Edmond E. Chang

Gucci America, Inc.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 11, 2021:

  MINUTE entry before the Honorable Edmond E. Chang: The motion [3] to voluntarily dismiss the case, under Federal Rule of Civil Procedure 41(a)(1)(A)(i), is granted. The case is dismissed without prejudice. Status hearing of 09/03/2021 is vacated. Civil case terminated. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.